NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERFORMANCE POLYMER SOLUTIONS, INC.,**
*Appellant*

v.

**UNIVERSITY OF DAYTON RESEARCH INSTITUTE,**
*Appellee*

---

2016-2382, 2016-2383

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/001,935, 95/001,936.

---

**ORDER**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The certified lists are due no later than September 6, 2016.

2   PERFORMANCE POLYMER SOLUTIONS v. UNIV. OF DAYTON RESEARCH INST

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32