NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PERFORMANCE POLYMER SOLUTIONS, INC.,**
*Appellant*

v.

**UNIVERSITY OF DAYTON RESEARCH INSTITUTE,**
*Cross-Appellant*

_____

16-2382, 16-2383, 16-2408, 16-2410
(95/001,935, 95/001,936)

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

_____

**O R D E R**

The parties having so agreed, it is,

ORDERED that these proceedings are DISMISSED under Fed. R. App. P. 42 (b). Each party shall bear their own costs.

                        FOR THE COURT

October 5, 2016       /s/ Peter R. Marksteiner
                             Peter R. Marksteiner
                             Clerk of Court


**ISSUED AS A MANDATE:** October 5, 2016